FILED
November 17, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. MAG 05-0331 DAD
Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
TUNG THANH HUYNH, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __TUNG THANH HUYNH__ , Case No. __MAG 05-0331 DAD__ , Charge __21 USC §§ 846, 843 (b)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $_____

    _X_   Unsecured Appearance Bond $  _50,000.— co-signed_

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

    _X_   (Other)  _Pretrial Services Supervision with Conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _November 17, 2005_ at _2:50 p.m._

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal